FILED

10/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0436

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0436

_____

RICHARD DUCHARME,

      Petitioner and Appellee,

   v.                                    O R D E R

JENNIFER BRICK,

      Respondent and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Jennifer Brick, all counsel of record, and to the Honorable Andrew Breuner, District Judge.

For the Court,